**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| THOMAS WILSON BAXTER, | ) | NO. CV 12-3561-PA (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES D. HARTLEY, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: <u>October 2, 2012</u>

　　　　　　　　　　　　　　　　　　　　　　　　　　 PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE